Isiah PICKETT, Respondent

v.

JACKSON COUNTY, Missouri, Appellant

WD 77571

Missouri Court of Appeals,
Western District.

Order filed: March 3, 2015

Leah M. Mason, Kansas City, for Respondent

Tracey T. Chappell, for Appellant

William S. Nixon, Co-counsel for Appellant

Whitney S. Miller, Co-counsel for Appellant

Robert T. Willingham, Kansas City, Co-counsel for Appellant

Before Division Two: Anthony Rex Gabbert, Presiding, Judge, Joseph M. Ellis, Judge and Karen King Mitchell, Judge

### ORDER

PER CURIAM:

Jackson County, Missouri ("the County") appeals from a judgment entered in favor of Isiah Pickett in a slip-and-fall,

negligence action brought by Pickett against the County. After a thorough review of the record, we conclude that the judgment is supported by substantial evidence, is not against the weight of the evidence, and that no error of law appears. No jurisprudential purpose would be served by a formal, published opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 84.16(b).**